UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ANGELA LYNN HENDERSON,**

    **Plaintiff,**

    **v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

Case No. 2:15-cv-2609
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the parties' joint stipulation to remand this case to the Commissioner of Social Security (the "Commissioner") pursuant to sentence four of section 205(g) of the Social Security Act (the "Act"), 42 U.S.C. § 405(g) ("Stipulation"). (ECF No. 20.)  The Court **APPROVES** the Stipulation and **DIRECTS** the Clerk to enter judgment in Plaintiff's favor and remand this case to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four.

    **IT IS SO ORDERED**.

                      **/s/ Gregory L. Frost**
                      **GREGORY L. FROST**
                      **UNITED STATES DISTRICT JUDGE**